**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7565**

———————

JAMAL MITCHELL,

Plaintiff - Appellant,

versus

VINCENT B. LISSI, individually, and in his
official capacity as an agent or employee of
the Federal Bureau of Investigations; JOHN C.
BEVINGTON, individually, and in his official
capacity as an agent or employee of the
Federal Bureau of Investigations,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.  (CA-03-1190-1)

———————

Submitted:  February 9, 2005        Decided:  February 15, 2005

———————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jamal Mitchell, Appellant Pro Se. Patrick Bernard Kernan, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jamal Mitchell appeals the district court's order granting summary judgment to Defendants in his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Mitchell v. Lissi</u>, No. CA-03-1190-1 (E.D. Va. Aug. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>